1140

87 NEW YORK SUPPLEMENT
and 121 New York State Reporter

PER CURIAM. Judgment of County Court reversed, and that of justice court affirmed, with costs in this court and in County Court. Held, that the verdict of the jury in justice's court was sustained by the evidence.

LORD v. HULL. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Austin W. Lord against Washington Hull. No opinion. Motion denied, with $10 costs.

In re LUTTGEN et al. (Supreme Court, Appellate Division, First Department. April 15, 1904.) In the matter of Walter Luttgen and others. No opinion. Motion granted, and time extended to July 1, 1904.

LYONS, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Lizzie Lyons against the Interurban Street Railway Company. No opinion. Motion denied.

McCALL CO., Appellant, v. EAGAN, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by the McCall Company against John B. Eagan. No opinion. Motion denied.

McCONNELL, Respondent, v. TRADE PAPER ADVERTISING AGENCY, Appellant. (Supreme Court, Appellate Term. March 24, 1904.) Action by George E. McConnell against the Trade Paper Advertising Agency. From a judgment for plaintiff, defendant appeals. Affirmed. Abraham Benedict, for appellant. Charles L. Burr, for respondent.

PER CURIAM. The plaintiff, an assignee, sues for printing work done and labor performed by his assignors, the Mail & Express Job Print, a domestic corporation. The sole question in the case was whether one Wray, who contracted for the work to be done, was the agent of the defendant and authorized to order the work sued for. Upon this question there was a conflict of evidence. The testimony consists of 90 pages of typewritten matter, and we have read it carefully. We think there was direct, as well as inferential, evidence from which the court below was justified in resolving that question in favor of the plaintiff. Some errors in the exclusion of testimony offered by the defendant appear in the record, but none that necessitate a reversal of the judgment. Judgment affirmed, with costs.

In re McDERMOTT. (Supreme Court, Appellate Division, First Department. April 8, 1904.) In the matter of Elizabeth McDermott. O. Seasongood, for appellant. C. J. Dodd, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McDONALD, Respondent, v. HOLBROOK, CABOT & DALY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Ida L. McDonald against the Holbrook, Cabot & Daly Contracting Company. No opin-

ion. Appeal dismissed, on argument, with $10 costs and disbursements.

McILVAINE v. STEINSON. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Tompkins McIlvaine against George Steinson. No opinion. Motion denied.

McINTYRE, Respondent, v. WESTERN NEW YORK CO-OPERATIVE FIRE INS. CO. OF MONROE COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Milton Clarence McIntyre against the Western New York Co-operative Fire Insurance Company of Monroe County. No opinion. Judgment affirmed, with costs.

McLAUGHLIN v. O'ROURKE. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by Margaret McLaughlin against John F. O'Rourke. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

McMAHON, Appellant, v. CRUCIBLE STEEL CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Neil McMahon, an infant, against the Crucible Steel Company of America.

PER CURIAM. Judgment affirmed, with costs.

SPRING and HISCOCK, JJ., dissent.

MAGAR, Appellant, v. HAMMOND et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Frank L. Magar against Stoddard Hammond and Edward Tompkins.

PER CURIAM. Order modified, so as to allow the plaintiff the fees for the term in January, 1900, of the witnesses Vandemark, Tuthill, Ingraham, Wood, Rampe, Fitzgerald, Holt, Vaughn, Hartig, Johnston, and Dougherty, and, as modified, affirmed, without costs.

In re MALCOM BREWING CO. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) In the matter of the voluntary dissolution of Malcom Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re MALCOM BREWING CO. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) In the matter of the voluntary dissolution of Malcom Brewing Company. No opinion. Motion denied.

MALLERY et al. v. FACER et al. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Margaret Mallery and others against William Facer and others.